```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
 3
 4                                              FILED
 5                                           Dec 05 2025
 6                                           Mark B. Busby
                                        CLERK, U.S. DISTRICT COURT
 7                                    NORTHERN DISTRICT OF CALIFORNIA
                                              SAN FRANCISCO
 8
 9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION
12  UNITED STATES OF AMERICA,        )  CASE NO. 3:25-cr-00415 MAG
                                     )
13          Plaintiff,                )  VIOLATION:
                                     )
14       v.                           )  18 U.S.C. § 1361 – Depredation of Government
                                     )  Property
15  ANGELICA GUERRERO,               )
       a/k/a ADRIAN GUERRERO,        )  SAN FRANCISCO VENUE
16                                   )
            Defendant.                )
17  _____  )
18
19              M I S D E M E A N O R   I N F O R M A T I O N
20  The United States Attorney charges:
21  COUNT ONE:       (18 U.S.C. § 1361 – Depredation of Government Property)
22       On or about the August 20, 2025, in the Northern District of California, the defendant,
23                              ANGELICA GUERRERO,
24  did willfully injure and commit a depredation against property of the United States and of any
25  department or agency thereof, and any property which had been manufactured and constructed for the
26  United States, and any department or agency thereof, specifically the front driver-side tire of a white
27  Chevrolet van parked on Sutter Street in San Francisco, causing damage in an amount less than $1,000.
28
```

MISDEMEANOR INFORMATION               1

All in violation of Section 1361 of Title 18 of the United States Code.

DATED: December 4, 2025

CRAIG H. MISSAKIAN
United States Attorney

/s/
GALEN A. PHILLIPS
Assistant United States Attorney